■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN FIGUIREDO, Appellant. [957 NYS2d 261]

Concur—Tom, J.P., Sweeny, DeGrasse and Manzanet-Daniels, JJ.